## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

NICHOLAS C. HEBRARD                    CIVIL ACTION

VERSUS                                 NO. 15-6268

LA. STATE DEPT. OF                     SECTION "N"(3)
CORRECTIONS, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 29, 2016 (Rec. Doc. No. 9), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this ___11th___ day of ___April___, 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE